**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jostens, Inc.

Plaintiff,

v.

Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc., and The Institute for Academic Excellence, Inc., f/k/a The School Renaissance Institute, Inc.

Defendants.

Court File No. 01-CV-1210 RHK/JMM

**STIPULATION FOR EXTENSION OF TIME TO ANSWER AND ORDER**

---

The parties, through their undersigned counsel, agree and stipulate that defendants Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc., and The Institute for Academic Excellence, Inc., f/k/a The School Renaissance Institute, Inc. shall have until August 24, 2001 to serve an Answer or other responsive pleading in the above-captioned matter.

Date: July 18, 2001

KELLY & BERENS, P.A.

Timothy D. Kelly

Timothy D. Kelly, Esq. (#54926)
Ann Claire Hoffman, Esq. (#308493)
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendants Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc., and The Institute for Academic Excellence, Inc., f/k/a The School Renaissance Institute, Inc.***

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: July 23, 2001

RIDER BENNETT EGAN & ARUNDEL LLP

John B. Lunseth, II (#65341)
Gerald E. Helget (#155184)
Michael L. Lafeber (#242871)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7944

***Attorneys for Plaintiff Jostens, Inc.***

**ORDER**

SO ORDERED.

Dated: 7/24, 2001

BY THE COURT:

John M. Mason
Magistrate Judge of United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |