UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSTENS, INC.,

Plaintiff,

v.

RENAISSANCE LEARNING, INC., f/k/a Advantage Learning Systems, Inc. and THE INSTITUTE FOR ACADEMIC EXCELLENCE, INC., f/k/a The School Renaissance Institute, Inc.,

Defendants.

CIVIL NO. 01-1210 (RHK/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

October 5, 2001 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

November 1, 2001 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

February 1, 2002 - By any party as to any issue on which it has the burden of proof, and any other expert report not a response or a rebuttal.

Filed SEP 18 2001
Richard D. Sletten, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____

| | |
|---|---|
| March 1, 2002 - | By any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof. |
| March 15, 2001 - | By any party desiring to present expert witnesses in rebuttal to the responsive expert reports. |

Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| April 15, 2002 - | By any party as to any issue on which it has the burden of proof, and any other expert report not a response or a rebuttal. |
| June 14, 2002 - | By any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof. |
| July 15, 2002 - | By any party desiring to present expert witnesses in rebuttal to the responsive expert reports. |
| December 1, 2002 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| December 5, 2002 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| February 1, 2003 - | All dispositive motions shall be served and filed by the parties and heard by the Court. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, (651) 848-1166. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than April 1, 2003. The parties estimate that trial of this Jury matter will take 2-3 weeks.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 5 experts.

Each party may call no more than 5 experts at trial.

Dated: September 18, 2001

JOHN M. MASON
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500