**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jostens, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc. and the Institute for Academic Excellence, Inc., f/k/a The School Renaissance Institute, Inc.<br><br>Defendants. | ) | CIVIL ACTION NO. 01-CV-1210 (RHK/JMM)<br><br>~~PROPOSED~~ ORDER |

The above-entitled matter came before the undersigned judge at the request of Defendants and Counterclaim Plaintiffs Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc. and the Institute for Academic Excellence, Inc., f/k/a The School Renaissance Institute. John Lunseth of Rider, Bennett, Egan and Arundel appeared on behalf of the plaintiff and Timothy D. Kelly and Jennifer L. Frisch of Kelly & Berens, P.A. appeared on behalf of defendants.

It is hereby ORDERED that the case caption in this matter is to be changed as set forth on Exhibit A attached to this Order. The parties are ordered to use the corrected caption in all future submissions to this Court.

Dated: 11/2/01

BY THE COURT:

John M. Mason
United States Magistrate Judge

FILED NOV 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.____
DEPUTY CLERK____

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jostens, Inc.<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc. and The School Renaissance Institute, Inc., f/k/a The Institute for Academic Excellence, Inc.<br><br>Defendants/Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-1210 (RHK/JMM)<br><br>**CORRECTED CASE CAPTION** |