**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jostens, Inc.,

Plaintiff,

vs.

Renaissance Learning, Inc., f/k/a
Advantage Learning Systems, Inc.,
The School Renaissance Institute, Inc.,
f/k/a The Institute for Academic Excellence, Inc.,

Defendants.

Civil No. 01-1210 (RHK/JMM)

**ORDER**

---

Plaintiff's Motion to Extend Page Limit, which is opposed by Defendants, is **GRANTED** subject to the following:

1. Plaintiff's Reply Brief shall not exceed 17 pages in length and shall be delivered to counsel and the Court (in St. Paul) by 12:00 noon, March 18, 2002;

2. Defendants may file a response to the Reply Brief which shall not exceed 8 pages in length and it shall be delivered to counsel and the Court (in St. Paul) by 12:00 noon, March 21, 2002; and

3. Plaintiff may file a response thereto which shall not exceed 3 pages in length and it shall be delivered to counsel and the Court (in St. Paul) by 12:00 noon, March 25, 2002.

Dated: March 11, 2002

RICHARD H. KYLE
United States District Judge

MAR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK