UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSTENS, INC.,

Plaintiff,

CIVIL NO. 01-1210 (RHK/JMM)

v.

ORDER

RENAISSANCE LEARNING,

Defendant.

The above matter came on for hearing before the undersigned on April 2, 2002 upon Plaintiff's Expedited Motion for Discovery and for Sanctions. John B. Lunseth II, Esq. and Michael M. LaFeber, Esq. appeared on behalf of Plaintiff; Timothy D. Kelly, Esq. and Kristina Foudray, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order for the reasons stated on the record at the hearing.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Production of Documents and for Sanctions is denied without prejudice.

Dated: April 2, 2002

JOHN M. MASON
United States Magistrate Judge

FILED APR 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______