IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jostens, Inc. | ) | CIVIL ACTION NO. 01-CV-1210 (RHK/JMM) |
| Plaintiff, | ) | |
| vs. | ) | |
| Renaissance Learning, Inc., f/k/a Advantage Learning Systems, Inc. and The School Renaissance Institute, Inc., f/k/a The Institute for Academic Excellence, Inc. | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | ) | |

**STIPULATION**

It is hereby stipulated and agreed, by and between the above-identified parties, through their undersigned counsel that:

A. Jostens Inc. ("Jostens" or "JR") is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota and is the owner of U.S. Trademark Registrations set forth on Exhibit A (the "Jostens Renaissance Marks") and others. Jostens is in the business of, among other things, selling class rings and jewelry, caps and gowns, yearbooks and graduation announcements in the educational field. Jostens also teaches educators to operate a not for profit, in-school "reward and recognition" program for K-12 under the names "Jostens Renaissance" and "Renaissance";

B. Renaissance Learning, Inc. ("RL") is a Wisconsin corporation with its principal place of business in Wisconsin Rapids, Wisconsin, and is the owner of U.S. Trademark Registrations set forth on Exhibit B (the "RL Renaissance Marks") and others. RL is, among other things, in the business of manufacturing and marketing educational software products that assess and report to students and educators on academic performance in grades K-12 and selling

JUN 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

training services and materials for educators on how to effectively use its software products to accelerate learning;

C. Jostens and RL each hold annual conferences, titled the Jostens National Renaissance Conference and the National School Renaissance Conference respectively;

D. Jostens filed an action against RL in the United States District Court for the District of Minnesota, Court File No. 01-CV-1210 (RHK/JMM) ("Action"), in July of 2001 alleging trademark infringement and related causes of action. RL counterclaimed against Jostens seeking cancellation of certain of Jostens' trademarks, and seeking a declaration of the rights of the parties to use the mark Renaissance (the "Counterclaim Action"). Jostens contended that as RL had increased the number of academic disciplines for which it provided software and training, and began calling itself a comprehensive school improvement company, RL had infringed Jostens' rights.

E. RL denied the allegations in the Complaint and denied liability in the Action;

F. Jostens denied the allegations in the Counterclaim and denied liability in the Counterclaim Action;

G. After the Action was commenced, Jostens initiated Opposition and Cancellation proceedings in the United States Patent and Trademark Office, Trademark Trial and Appeal Board (the TTAB), under Opposition No. 122658 and Cancellation No. 40016, which are now pending. Also after the Action was commenced, RL initiated a Cancellation proceeding before the TTAB under Cancellation No. 40285 against Registration Nos. 2,406,471, 2,332,698, 2,430,809, 504,577, 2,029,506, 2,381,423, 2,444,613, and 1,627,668. These cancellation proceedings will be dismissed forthwith.

H. After the Action was commenced the parties engaged in discovery and investigation of the claims and counterclaims. The document discovery was comprehensive from each side to the other, and third party document discovery was conducted. Depositions were taken.

I. In November of 2001, Jostens filed a motion for a preliminary injunction to restrain RL during the pendency of the action from using the challenged marks, and in December 2001 through March 2002 the parties conducted additional discovery regarding the motion. After complete briefing and oral argument, Jostens withdrew the motion and instead requested, and RL agreed to, expedition of the trial date from February 2003 to November 2002.

J. Despite the extensive discovery and investigation that has occurred to date, Jostens has found no evidence of legally cognizable harm to Jostens or Jostens Renaissance from the use by RL of its trademarks and RL has found no evidence of legally cognizable harm to it from the use by Jostens of its trademarks.

Based upon the foregoing:

1. Jostens hereby dismisses its claims against RL with prejudice and without costs and disbursements.

2. RL hereby dismisses its counterclaims against Jostens with prejudice and without costs and disbursements.

Dated: June 5, 2002

KELLY & BERENS, P.A.

By: ______________________________
Timothy D. Kelly #54926
Jennifer L. Frisch #257928
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendant***

Date: June 5, 2002

BRIGGS & MORGAN

By: ______________________________
John B. Lunseth, II #65341
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

***Attorneys for Plaintiff***

**ORDER**

IT IS SO ORDERED.

Dated: June 10, 2002

______________________________
Hon. Richard Kyle
United States District Court

## JOSTENS' MARKS

| Mark | Date of First Use | Date Filed | Serial No. | Reg. Date | Reg. No. | | |
|---|---|---|---|---|---|---|---|
| Renaissance & Design | 9/27/87 | 12/16/88 | 73/769,722 | | | | |
| Renaissance & Design | 9/27/87 | 11/23/90 | 74/118,950 | 10/6/92 | 1,722,691 | | |
| A Renaissance In Learning | 1/6/92 | 3/16/92 | 74/255,759 | 12/29/92 | 1,743,676 | | |
| Renaissance Elementary Learner | 10/91 | 8/20/92 | 74/305,897 | | | | |
| Jostens Renaissance & Design | 12/29/97 | 5/3/99 | 75/696,590 | 2/27/2001 | 2,430,809 | | |
| Jostens Renaissance Celebrating Academic Performance & Design | 12/29/97 | 5/3/99 | 75/696,948 | | | | |
| Renaissance | 9/27/87 | 5/3/99 | 75/696,511 | 3/21/00 | 2,332,698 | | |

**RENAISSANCE LEARNING'S MARKS**

| Mark | Date of First Use | Date Filed | Serial No. | Reg. Date | Reg. No. | | |
|---|---|---|---|---|---|---|---|
| Reading Renaissance | 6/94 | 7/18/94 | 74/550,376 | 7/9/96 | 1,985,005 | | |
| RR Reading Renaissance & Design | 8/4/94 | 12/2/96 | 75/206,082 | 6/2/98 | 2,161,511 | | |
| Math Renaissance | 1/20/99 | 2/7/97 | 75/237,877 | 10/5/99 | 2,283,636 | | |
| School Renaissance | 8/99 | 11/16/98 | 75/589,127 | 3/27/01 | 2,439,080 | | |
| Renaissance Institute | ITU | 8/11/99 | 75/773,004 | N/A | N/A | | |
| Renaissance News | 6/11/99 (cl. 16)<br>3/22/99 (cl. 41) | 9/14/99 | 75/798,473 | N/A | N/A | | |
| School Renaissance Institute | ITU | 1/7/00 | 75/891,783 | N/A | N/A | | |
| Renaissance | 1/4/99 | 3/16/00 | 76/001,151 | N/A | N/A | | |
| Writing Renaissance | ITU | 6/7/00 | 76/065,013 | N/A | N/A | | |
| Renaissance Learning | ITU | 1/8/01 | 76/192,014 | N/A | N/A | | |
| Renaissance RLI | 1/4/99 | N/A | N/A | N/A | N/A | | |
| Renaissance Place | ITU | 3/19/02 | 76/384,645 | N/A | N/A | | |

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name

Firm/Employer

Address

Phone

E-Mail

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building