# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jostens, Inc.

Plaintiff

Case No. Civil 01-1210 RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Renaissance Learning, Inc.,
School Renaissance Institute, Inc.

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that based on the foregoing: 1. Jostens hereby dismisses its claims against RL with prejudice and without costs and disbursements. 2. RL hereby dismisses its counterclaims against Jostens with prejudice and without costs and disbursements.**

DATE: June 10, 2002

RICHARD SLETTEN , CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk